UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION


**FILED**
JAN 29 2009

CLERK

******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-30101-KES |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANT'S |
| HAROLD GEORGE VOICE, | * | MOTION TO SUPPRESS |
| Defendant. | * | |

******************************************************************************

Defendant, Harold George Voice, has filed a Motion to Suppress, Docket No. 13. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the January 27, 2009 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be denied in all respects.

Dated this 29th day of January, 2009, at Pierre, South Dakota.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
       Deputy
(SEAL)

## NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. See 28 U.S.C. § 636(b)(1).